1

2

3

4

5

6



FILED
CLERK, U.S. DISTRICT COURT

APR | | 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7

8

9

10

11

12

13

14

15

16

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIM FRIEDMAN,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | No. CV 07-01509 R (SS)<br><br>**ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE** |

17      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings

18  and other papers herein, and the Report and Recommendation of United

19  States Magistrate Judge.   The Commissioner has declined to file

20  Objections to the Report and Recommendation.   Accordingly, the Court

21  accepts and adopts the findings, conclusions and recommendations of the

22  Magistrate Judge.

23

24      IT IS ORDERED that judgment be entered:   (1) for the Plaintiff and

25  against the Defendant; (2) reversing the decision of the Social Security

26  Administration; and (3) holding that Plaintiff is entitled to a waiver

27  of the overpayment of social security benefits and no such overpayment

28  shall be collected from Plaintiff.

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2   the Magistrate Judge's Report and Recommendation and the Judgment herein

3   on the parties.

4

5        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6

7   DATED:    _April 11, 2008_

8

9                                    _____

10                                   MANUEL L. REAL
                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28