

1
2
3
4
5
6
7
## UNITED STATES DISTRICT COURT
8
## CENTRAL DISTRICT OF CALIFORNIA
9
10
| | | |
|---|---|---|
| KIM FRIEDMAN, | ) | No. CV 07-01509 R (SS) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration denying Plaintiff's request for a waiver of the overpayment of social security benefits is REVERSED .

DATED: April 11, 2008.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE