1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIM FRIEDMAN, | ) | NO. CV 07-01509 R (SS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING FINDINGS,** |
| v. | ) | |
| | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Attorney's Fees, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1         Accordingly, IT IS ORDERED THAT:

2         1.   Plaintiff's Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act ("EAJA") is GRANTED.

3         2.   EAJA fees shall be awarded in the amount of $4669.00 and any check for payment of these fees shall be made directly to Plaintiff.

4         3.   The Clerk shall serve copies of this Order by United States mail on counsel for Plaintiff and on counsel for Defendant.

DATED: March 30, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

2